**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| RICKY LAND, | : | No. 96 MM 2023 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PIKE COUNTY DISTRICT ATTORNEY'S OFFICE, | : | |
| | : | |
| | : | |
| Respondent | : | |

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 17th day of November, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DISMISSED.